1 | **KHASHAYAR LAW GROUP**
2 | DARYOOSH KHASHAYAR (SBN 236496)
  | TAYLOR MARKS (SBN 308381)
3 | 12636 High Bluff Dr., Suite 400
  | San Diego, CA 92130
4 | Telephone: (858) 509-1550
  | Facsimile:  (858) 509-1551
5 | Email: daryoosh@mysdlawyers.com

6 | *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHRIYAR REZAI-HARIRI, individually and on behalf and all others similarly situated, | Case No. 8:20-cv-00716-DOC-ADS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP. dba SIX FLAGS DISCOVERY KINGDOM, SIX FLAGS THEME PARK INC., and DOES 1-50, inclusive, | |
| Defendants. | |

1 | NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the
2 | Federal Rules of Civil Procedure, Plaintiff Shahriyar Rezai-Hariri, by and through
3 | his undersigned counsel of record, hereby dismisses his claims against Defendants
4 | Magic Mountain LLC, Park Management Corp., and Six Flags Theme Parks Inc.,
5 | without prejudice.

Dated: October 27, 2020      Respectfully submitted,

**KHASHAYAR LAW GROUP**

By:  */s/ Daryoosh Khashayar*
     Daryoosh Khashayar

DARYOOSH KHASHAYAR (SBN 236496)
TAYLOR MARKS (SBN 308381)
12636 High Bluff Dr., Suite 400
San Diego, CA 92130
Telephone: (858) 509-1550
Facsimile:  (858) 509-1551
Email: daryoosh@mysdlawyers.com

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **KHASHAYAR LAW GROUP** |
| | DARYOOSH KHASHAYAR (SBN |
| 2 | 236496) |
| | TAYLOR MARKS (SBN 308381) |
| 3 | 12636 High Bluff Dr., Ste. 400 |
| | San Diego, California 92130 |
| 4 | Phone: (858) 509-1550 |
| | Fax: (858) 509-1551 |
| 5 | Email: daryoosh@mysdlawyers.com |
| 6 | ATTORNEYS FOR PLAINTIFFS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | SHAHRIYAR REZAI-HARIR, individually and on behalf and all others similarly situated, | CASE NO.  8:20-cv-00716-DOC-ADS |
| 12 | Plaintiffs, | **PROOF OF SERVICE** |
| 14 | vs. | Complaint Filed on: April 10, 2020 |
| 16 | MAGIC MOUNTAIN LLC, PARK MANAGEMENT CORP. dba SIX FLAGS DISCOVERY KINGDOM, SIX FLAGS THEME PARK INC., and DOES 1-50, inclusive, | |
| 19 | Defendants. | |

1

**PROOF OF SERVICE**

*Hariri v. Magic Mountain LLC, et al.*

CASE NO.   8:20-cv-00716-DOC-ADS

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Khashayar Law Group, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130.  On October 28, 2020, I served the following documents:

- **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

__X____ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, on the following address set forth below.

_X_____ CM/ECF: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on October 28, 2020.

| SERVICE LIST |
|---|
| Attorneys for Defendants |
| ZOE K. WILHEIL, ESQ.<br>FAEGRE DRINKER DIBBLE & REATH LLP<br>1800 CENTURY PARK EAST, SUITE 1500<br>LOS ANGELES, CA 90067 |
| MICHAEL JAEGER, ESQ.<br>11766 WILSHIRE BOULEVARD, SUITE 750<br>LOS ANGELES, CA 90025 |

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on October 28, 2020.

*/s/ Jennifer Valdez*
_____

Jennifer Valdez